# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA MARIE CALHOUN, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SIGNATURE FLIGHT SUPPORT LLC., a Delaware limited liability company; ANDREA ATKINSON, an individual and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.: 2:24-cv-08326 TJH (Ex)<br><br>[*Assigned to Hon. Terry J. Hatter Jr.*]<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND [17][JS-6]** |

**ORDER**

On October 23, 2024, the Parties filed a Joint Stipulation to remand this Action to the Superior Court of California, Los Angeles County. The Court, having considered the Parties' Stipulation, and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Parties' Stipulation is approved;

2. United States District Court, Central District of California case number 2:24-cv-08326 is hereby remanded to the Superior Court of California, County of Los Angeles.

3. Each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the above-referenced Action.

**IT IS SO ORDERED.**

DATE: OCTOBER 24, 2024

_____
The Hon. Terry J. Hatter Jr.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28